*Gustave B. Garfield* and *Daniel M. Krauskopf* for appellants.
*Gordon Miller* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

In the Matter of the Claim of LEWIS C. SMITH, Respondent. BROOKLYN BAR ASSOCIATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued February 24, 1944; decided April 6, 1944.

*Walter Bruchhausen, Conrad S. Keyes* and *John P. McGrath* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Francis R. Curran* and *Wendell P. Brown* of counsel), for Industrial Commissioner, respondent.

*Charles B. Bloch* for claimant-respondent.

Order affirmed, with costs; no opinion. (See 292 N. Y. 718.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

SAMUEL DI SIMONE, by JULIAN DI SIMONE, His Guardian ad Litem, Appellant, *v.* MICHAEL DI SIMONE, Respondent.

Submitted February 25, 1944; decided April 6, 1944.